UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **COMCAST OF EASTERN SHORE, LLC,** ) | Case No.  09 CV 737 |
| ) | |
| **Plaintiff,** ) | Honorable Judge J. Frederick Motz |
| ) | |
| v.           ) | |
| ) | |
| **FRANK CLARK, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## STATUS REPORT

Per the Magistrate Judge's last order, the parties have further conferred regarding settlement, and have been unable to reach a settlement.  Defendant Frank Clark has a pending criminal matter which is set for trial on April 14, 2010.  Defendant is seeking a stay of the discovery in the instant matter pending this trial (which may be continued), and the Plaintiff is not in agreement with a stay.  In addition, only Defendant FRANK CLARK is a Defendant in the criminal matter and the remaining Defendants in this case; SUSAN CLARK individually and d/b/a OCEANNET, a fictitious business name, and MAS HOTSPOTS, a registered trade name, and MASHOTPOTS, INC., a Maryland Corporation are not Defendants in the criminal matter.

    Respectfully submitted,

    COMCAST OF EASTERN SHORE, LLC


By:  **s/** *Jeffrey R. Platt*
      One of its attorneys

| | |
|---|---|
| Scott Burns | Jeffrey R. Platt |
| TYDINGS & ROSENBERG, LLP | ARDC No. 06208148 |
| 100 East Pratt Street, 26th Floor | COMAN & ANDERSON, P.C. |
| Baltimore, Maryland 21202 | 2525 Cabot Drive, Suite 300 |
| T: (410) 752-9743 | Lisle, Illinois 60532 |
| F: (410) 727-5460 | T: (630) 428-2660 |
| | F: (630) 428-2549 |
| | *Admitted Pro Hac Vice* |

## **CERTIFICATE OF SERVICE**

      The undersigned, a non-attorney, hereby certifies that she caused a copy of the foregoing **STATUS REPORT** to be filed with the Clerk of the U.S. District Court, District of Maryland, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 31st day of March, 2010:

David Shineman
66 Painters Mill Rd, Suite 202
Owings Mills, MD 21117
dshineman@stahlandblock.com

                                                     *s/ Heather Rogers*
                                                      Heather Rogers