UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **COMCAST EASTERN SHORE, LLC,** | ) | Civil Case No.: 1:09-cv-737-JFM |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **FRANK CLARK, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## MOTION TO STAY

The Defendants, Frank Clark, Susan Clark, individually and trading under the unprotected trade name "Oceannet" and Mashotspots, Inc., hereby move, pursuant to Rule 7 of the Federal Rules of Civil Procedure, for a Stay of this matter pending resolution of a pending state court criminal matter involving the same questions of fact, and for grounds state:

1. The Plaintiff brought this action against the Defendants seeking damages and penalties as a result of the Defendants' alleged creation of a for-profit business using Plaintiffs' wireless internet equipment and services without authorization.

2. The Maryland State Police investigated the matter, seized the Defendants' business machines and records, and criminal charges have been instituted against Defendant Frank Clark in Wicomico County, Maryland. Copies of the charging documents are attached hereto. The Criminal Trial of this matter is currently scheduled for May 26, 2010. See attached Trial notice. Mr. Clark has retained local attorney, David Gaskil, Esq., as local criminal defense counsel.

3. Due to the search and seizure of Defendants' home and business, all electronic and documentary evidence regarding the facts and circumstances alleged in Plaintiffs' Complaint have been unavailable.

4. Due to the pending criminal matter, Defendant Frank Clark has asserted his Fifth Amendment right to remain silent with regard to the written discovery propounded by the Plaintiff in this case.

5. Defendant Frank Clark conducts the ongoing business activities of the corporate Defendants and is the only individual with personal knowledge of the issues raised in Plaintiff's complaint. Defendant Susan Clark conducts administrative duties for the Corporate Defendants from their Anne Arundel County headquarters.

6. The District Court has broad discretion in determining whether to Stay proceedings as part of the Court's inherent power to control its docket. *Landis v. North American Company, 299 U.S. 248 (1936)*. In determining whether to stay a civil proceeding in response to pending criminal proceedings, the courts have traditionally looked to five factors for guidance. These factors are:

1. the interest of the Plaintiff in proceeding expeditiously with the civil action as balanced against the prejudice to the Plaintiff if delay;
2. the burden on the Defendants;
3. the convenience to the courts;
4. the interest of persons not parties to the civil litigation;
5. the public interest. *In re Mid-Atlantic Toyota Antitrust Litigation, 92 F.R.D. 358 (D. Md. 1981)*

7. As to the first factor, it does not appear that a Stay of this proceeding would unduly prejudice the Plaintiff. This Plaintiff has conducted an extensive internal investigation through its own professional investigators regarding the allegations in Plaintiff's Complaint. At the previous Settlement Conference, the Plaintiff's internal security officer made factual representations as to the results of this investigation. The Defendants believe there is a comprehensive written report detailing evidence and witnesses that the Plaintiff contends supports its position. Accordingly, there appears to be little chance that witnesses will relocate and therefore be unavailable, that memories

will substantially fade or that evidence will become unavailable. *See Golden Quality Ice Cream Co. v. Deerfield Specialty Papers, Inc., 87 F.R.D. 53 (1980) (granting stay of civil proceeding during concurrent criminal proceeding).* Moreover, there is " a real possibility that a disposition favorable to the [State] in the overlapping criminal prosecution will obviate much of the expenditure of time and dollars which plaintiffs would otherwise be compelled to invest in their suits." *Id., at 56.*

8. The second factor would appear to support a stay in this matter. The burden on these Defendants without a stay would be onerous. These Defendants are currently encountering the burden of developing, simultaneously, criminal and civil defenses. The Defendant, Frank Clark, has asserted his Fifth Amendment self-incrimination protections and, since he is the only individual with personal knowledge of the facts and circumstances alleged in Plaintiff's complaint, his defense, as well as the other Defendant's defenses, would be adversely effected by the denial of a stay. Defendant Frank Clark cannot fully participate in the defense of the civil case without jeopardizing his self-incrimination protections in the criminal case. "Whatever the outcome of the criminal case, its termination can be expected to remove the predicate for the assertion of the Fifth Amendment right against self-incrimination by [witnesses]; and this should allow civil discovery to proceed more smoothly than would otherwise be possible." *Id., at 58.*

9. The third factor, the convenience to the courts, again argues in favor of a stay of this proceeding. The "convenience of the court has been taken to refer to "the attempts of courts to avoid wherever possible duplicative judicial effort." *In re Mid-Atlantic Toyota Antitrust Litigation, 92 F.R.D. 358 at 360.* There is a substantial likelihood that judicial efforts in the instant case will be duplicative of judicial efforts in the criminal case. Any trial that may occur in the criminal case will involve the same facts and circumstances as alleged in Plaintiff's complaint. Any criminal trial will involve the same witnesses that will be called in this matter and much of the same evidence. Common sense would therefore suggest that a stay pending the outcome of the criminal proceedings now pending would, in all likelihood, substantially narrow the issues in the

instant matter and result in enhanced judicial economy. Even "the mere possibility that a substantial amount of the court's work, if undertaken now, may shortly prove to have been unnecessary, cautions against undue haste in proceeding" with this civil action while the criminal case is pending. *Golden Quality Ice Cream Co. v. Deerfield Specialty Papers, Inc.*, 87 F.R.D. 53 at 57.

10. The fourth factor, the interests of persons not parties to the civil litigation, would appear to be neutral. The fifth factor focuses on the public interest. It does not appear that any public interest would be impacted by a stay of this proceeding given that the Plaintiff is a private, for-profit entity. Conversely, the decision by the State of Maryland, acting for and on behalf of the citizens of Maryland, to prosecute the Defendant, Frank Clark, criminally, suggests that there is a strong public interest in the grant of a stay so that the adversarial process may proceed unfettered in the criminal action to promote a fair and reliable outcome. The State of Maryland's decision to prosecute Defendant Frank Clark "represents a conscious determination by those entrusted with prosecutorial discretion that the public interest will be served by such a proceeding." *Id.*, at 58.

WHEREFORE, the Defendants respectfully request that this Court enter a Stay in this matter pending the outcome of the pending State criminal proceedings.

/s/_____
David W. Shineman, II (Bar No. 25340)
The Law Offices of Stahl and Block, LLC
66 Painters Mill Road, Suite 202
Owings Mills, MD 21117
Phone: (410) 356-6555
Fax: (410) 356-1439
E-mail: dshineman@stahlandblock.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a copy of the foregoing Motion to Stay to be filed with the Clerk of the U.S. District Court, District of Maryland, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 23rd day of April, 2010:

Jeffrey R. Platt
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532


S/ David Shineman
David W. Shineman, II (Bar No. 25340)



# DISTRICT COURT OF MARYLAND FOR Worcester County
Located at 6505 Coastal Hwy., Ocean City, Maryland 21842

**STATE OF MARYLAND** VS. **CLARK, FRANK ERNEST**
202 MUSTANG COURT
GAMBRILLS, MD 21054-0000

Case No. 1I0007

CC#: 0836000308  SID:
LID:   DL#: C-462-261-234-592 MD
Race: 2   Sex: M   Ht: 5' 6"   Wt: 180   Hair:   Eyes:
DOB: 07/28/1962   Phone(H): 410-515-3069   Phone(W):

**Charge | Statute | Arrest**
COMPUTER/ILL. ACC/DAMAGE | CR 7 302 (2)(I) |
FRAUD-CABLE TV-FOR PAY | CR 7 303 |
FRAUD-CABLE TV-FOR PAY | CR 7 303 |
CABLE TV CON W/O AUTH-PAY | CR 7 303 |
CABLE TV CON W/O AUTH-PAY | CR 7 303 |

**Charge | Statute | Arrest**
COMPUTER/ILL. ACC/DAMAGE | CR 7 302 (2)(I) |
FRAUD-CABLE TV-FOR PAY | CR 7 303 |
FRAUD-CABLE TV-FOR PAY | CR 7 303 |
CABLE TV CON W/O AUTH-PAY | CR 7 303 |

## CRIMINAL SUMMONS ON CHARGING DOCUMENT
STATE OF MARYLAND, Worcester County, to wit:

**To the Defendant:**
YOU ARE SUMMONED AND COMMANDED to appear for Preliminary Inquiry in this Court on 11/12/2009 at 9:00AM, Room: 01, to answer the charge(s) lodged against you in the charging document attached hereto.

**NOTICE TO DEFENDANT:** If you fail to appear at the place, time and date set forth above, a warrant for your arrest may be issued. If you change your name, address, or telephone number, you must notify the Court at the above location prior to the trial date.
To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately. Hearing or speech impaired callers only, telephone TTY/TT 1-800-925-9690 or the court indicated above through Maryland Relay Service at 1-800-735-2258.

Date: 10/21/2009   ~~Judge~~/Commissioner/~~Clerk~~ John J Featherstone  ID2103
Given to VIOLENT CRIME STRIKE FORCE

**NOTICE TO OFFICER:** If not served by 11/06/2009, return to the Court.

### ACKNOWLEDGEMENT
I acknowledge receipt of a copy of this Summons and hereby promise to appear as required by the Summons. I understand that acceptance of this Summons is not an admission of guilt but that my failure to appear at the place, time, and date herein set forth will result in the issuance of a warrant for my arrest.

Date: 11/11/09   Signature of Defendant: _____ atty for Frank Clark

### RETURN OF SERVICE
☒ I certify that I delivered a copy of this Summons personally at 1645 PM on 11-11-09 at MSP WATERLOO BARRACK
☐ I certify that the defendant could not be found.
☐ I certify that I personally attempted to deliver a copy of this Summons to the Defendant but he refused to accept the same and/or sign a receipt for same.

Signature & Title of Peace Officer: Cpl G Mu** #2327
Printed Name of Officer: Mu**s
Agency, Sub-Agency, I.D.: MSP 9040 2327
Date: 11-11-09

Tracking No. 091001529592





# DISTRICT COURT OF MARYLAND FOR Worcester County
Located at 6505 Coastal Hwy., Ocean City, Maryland 21842

Case No. 1I0007

| STATE OF MARYLAND | VS. | CLARK, FRANK ERNEST |
|---|---|---|
| COMPLAINANT: | | 202 MUSTANG COURT |
| Officer: SGT E. COHEN | | GAMBRILLS, MD 21054 |
| Agency/Subagency: MSP 9040 | | |
| Officer ID: 0586 | | CC#: 0836000308    SID: |
| | | LID:   DL#: C-462-261-234-592 MD |
| | | Race: 2   Sex: M   Ht: 5' 6"   Wt: 180   Hair:   Eyes: |
| | | DOB: 07/28/1962   Phone(H): 410-515-3069   Phone(W): |

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF Officer: SGT E. COHEN IT IS FORMALLY CHARGED THAT CLARK, FRANK ERNEST at the dates, times and locations specified below:

| NUM | CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|---|
| 001 | 1 0495 | CR 7 302 ((2)(i)) | 10 Y &/or $10,000.00 | COMPUTER/ILL. ACC/DAMAGE<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did intentionally, wilfully, and without authorization access a computer network, to interrupt the operation of the said equipment and software..<br>Against the Peace, Government, and Dignity of the State. |
| 002 | 1 0495 | CR 7 302 ((2)(i)) | 10 Y &/or $10,000.00 | COMPUTER/ILL. ACC/DAMAGE<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did intentionally, wilfully, and without authorization exceed authorized acce to computer services, to interrupt the operation of the said equipment and software..<br>Against the Peace, Government, and Dignity of the State. |
| 003 | 2 0290 | CR 7 303 | 5 Y &/or $5,000.00 | FRAUD-CABLE TV-FOR PAY<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did for offer of pay make a connection with a wire of Comcast Cable, a Cable T.V Company, with the intent to receive cable TV services without payment.<br>Against the Peace, Government, and Dignity of the State. |
| 004 | 2 0290 | CR 7 303 | 5 Y &/or $5,000.00 | FRAUD-CABLE TV-FOR PAY<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did for offer of pay tamper with a wire of Comcast Cable, a cable T. V. company, with the intent to receive cable TV services without payment.<br>Against the Peace, Government, and Dignity of the State. |
| 005 | 2 0290 | CR 7 303 | 5 Y &/or $5,000.00 | FRAUD-CABLE TV-FOR PAY<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did for offer of pay install with a wire of Comcast Canle ,cable TV company with the intent to receive cable TV services without payment.<br>Against the Peace, Government, and Dignity of the State. |
| 006 | 2 0290 | CR 7 303 | 5 Y &/or $5,000.00 | FRAUD-CABLE TV-FOR PAY<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY<br>...did for offer of pay make a connection wire of Comcast Cable a cable TV company, with the intent to receive cable TV services without payment.<br>Against the Peace, Government, and Dignity of the State. |
| 007 | 2 0294 | CR 7 303 | 5 Y &/or $5,000.00 | CABLE TV CON W/O AUTH-PAY<br>On or About 12/30/2008<br>OCEAN CITY MARYLAND WORCESTER COUNTY |

Date : 10/21/2009   Time : 08:59 PM
Tracking No. 091001529592

Judicial Officer _John J. Featherstone_ 2010



# DISTRICT COURT OF MARYLAND FOR Worcester County
Located at 6505 Coastal Hwy., Ocean City, Maryland 21842

Case No. 1I0007:

**STATE OF MARYLAND          VS.     CLARK, FRANK ERNEST**

CONTINUATION OF STATEMENT OF CHARGES

...did for offer of payment, connect with a cable used for the distribution o cable television service without authority from the cable television company. Against the Peace, Government, and Dignity of the State.

| 008 | 2 0294 | CR 7 303 | 5 Y &/or $5,000.00 | CABLE TV CON W/O AUTH-PAY |

On or About 12/30/2008
OCEAN CITY MARYLAND WORCESTER COUNTY
...did for offer of payment, connect with a wire, used for the distribution of cable television service without authority from the cable television company. Against the Peace, Government, and Dignity of the State.

| 009 | 2 0294 | CR 7 303 | 5 Y &/or $5,000.00 | CABLE TV CON W/O AUTH-PAY |

On or About 12/30/2008
OCEAN CITY MARYLAND WORCESTER COUNTY
...did for offer of payment connect with a other device used for the distribut of cable television service without authority from the cable television compan; Against the Peace, Government, and Dignity of the State.

Date : 10/21/2009  Time : 08:59 PM
Tracking No. 091001529592

Judicial Officer: *John J. Featherstone* 210



DISTRICT COURT OF MARYLAND FOR   WORCESTER COUNTY
6505 COASTAL HIGHWAY    (C)                                     0205
OCEAN CITY           MD 21842-3041

CASE NUMBER:  1100075615

TO: SHINEMAN, DAVID W II ESQ
    66 PAINTERS MILL RD SUITE 202
    OWINGS MILLS,       MD 21117



**STATE OF MARYLAND   VS.   CLARK, FRANK ERNEST**

CHANGE OF TRIAL DATE

YOU ARE HEREBY NOTIFIED THAT THE TRIAL DATE OF APRIL    14, 2010
AT 09:00 FOR THE ABOVE CASE HAS BEEN CHANGED.

THE TRIAL HAS BEEN RESCHEDULED FOR MAY      26, 2010, AT
09:00 AM. THE LOCATION OF THE TRIAL IS ROOM 01   ,
6505 COASTAL HIGHWAY      OCEAN CITY      , MD.

BY: ELNORA GIBSON                       DATE: 04/09/10
    (CLERK)

FOR QUESTIONS CONCERNING THIS DOCUMENT TELEPHONE (410) 723-6935.

HEARING/SPEECH IMPAIRED CALLERS ONLY, TELEPHONE TTY/TT 1-800-925-9690 OR
(410) 723-6935 (VOICE) THRU MARYLAND RELAY SERVICE AT 1-800-735-2258.

ANY REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES SHOULD
BE REQUESTED BY CONTACTING THE COURT IMMEDIATELY.

**PLEASE CONTACT THE ABOVE COURT LOCATION FOR RESTRICTIONS REGARDING
CAMERAS AND CELL PHONES, FOR THEY MAY NOT BE ALLOWED IN THE COURTHOUSE.**

1100022450
0002245A              R           TRACKING NUMBER:09-1001-52959-2